Edward L. Smith and Emma Olson Smith, Appellees, v. A. Salavitch and Son, Inc., et al., Appellants.

Edward L. Smith, Administrator of Estate of E. W. Smith, Deceased, Appellee, v. A. Salavitch and Son, Inc., et al., Appellants.

Gen. No. 40,988. (Abstract of Decision.)

Heard in third division, first district, this court at October term, 1939; opinion filed May 22, 1940; rehearing denied June 14, 1940. John A. Bloomingston, for appellants; Weinberg, Kjellander & O'Farrell and Finn & Miller, for appellees; Richard G. Finn, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."